UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**The Prudential Insurance Company of America,**

    *Plaintiff,*

v.                   Case No.  3:11-cv-089
                     Judge Thomas M. Rose

**Pandora Jean Zan,** *et al.***,**

    *Defendants.*

## NOTICE

  Absent the actual consent of all parties, the Court will only rule on the motion entitled Joint Motion for Deposit of Death Benefit and Dismissal of Plaintiff the Prudential Insurance Company of America motion when it is ripe.

  **DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, February 15, 2012.

                       s/Thomas M. Rose
                     _____
                     THOMAS M. ROSE
                  UNITED STATES DISTRICT JUDGE