IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | : | Case No. 3:11-cv-89 |
| | : | |
| Plaintiff, | : | |
| | : | District Judge Thomas M. Rose |
| -vs- | : | Magistrate Judge Michael R. Merz |
| PANDORA JEAN ZAN, et al., | : | |
| Defendants. | : | |

**ORDER TO PRO SE DEFENDANT UPON FILING OF MOTION TO DISMISS OR MOTION FOR SUMMARY JUDGMENT**

You are hereby notified that Defendant Adrian Zan filed with the Court on March 28, 2012, a motion for summary judgment in this case [Doc # 42]. You should receive a copy of the motion directly from Defendant Adrian Zan.

Under the rules of this Court (S.D. Ohio L.R. 7.2) you are allowed twenty-one days from the date of service (March 28, 2012) within which to file a response to this motion, plus an extra three days because of the way the motion was sent to you. Your response must be filed with the Court not later than April 23, 2012.

April 2, 2012.

s/ **Michael R. Merz**
United States Magistrate Judge