# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

                Plaintiff,

-vs-                          Case No. 3:11-CV-089

                                District Judge Thomas M. Rose

PANDORA JEAN ZAN, et al.,

                Defendant.

## CASE TERMINATION NOTICE

      There being no further issues to adjudicate, this case is ordered terminated on the docket records of the United States District Court for the Southern District of Ohio, Western Division at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, this 15th day of August, 2012.

                                              THOMAS M. ROSE, JUDGE
                                              UNITED STATES DISTRICT COURT